1   Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
    95 S. Market Street, Suite 300
2   San Jose, California  95113
    (650) 319-5554 telephone
3   (415)-874-7082 facsimile
    whelanlaw@gmail.com
4
    Attorney for Defendant
5   DANIEL ZAPATA

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12   UNITED STATES OF AMERICA          Case No. CR-10-70815-PSG

13          Plaintiff,                 STIPULATION AND ~~PROPOSED~~ ORDER TO
                                        CONTINUE PRELIMINARY HEARING AND
14   vs.                               TOLL TIME UNTIL JUNE 2, 2011 at 9:30 am

15   DANIEL ZAPATA,

16          Defendant.

17

18          The parties, including the defendant, hereby stipulate, subject to Court approval,

19   that the preliminary hearing date currently set for April 14, 2011 at 1:30 p.m, be vacated,

20   and the Court set a new date of June 2, 2011 at 9:30 p.m.

21          1.     The parties, Daniel Zapata and the government, acting through their

22   
23   respective counsel, hereby stipulate, subject to the Court's approval, that the preliminary

24   hearing date currently set for April 14, 2011 at 1:30 p.m., be vacated and that the Court set

25   a new hearing date of June 2, 2011, at 9:30 a.m.

26          2.     The parties are requesting the continuance of the hearing date pending

27
28   completion of settlement negotiations which are progressing but not yet complete.  3.

                                       -1-

**FILED**

APR 1 3 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1        3.     The parties further agree and stipulate that time for preliminary hearing

2    provided by Fed. R. Crim. Proc. 5.1(c) should be tolled until June 2, 2011, at such time

3

4    the 14 day clock will commence to run.  Accordingly, Mr. Daniel Zapata and the

5    government agree that granting the requested exclusion of time will serve the ends of

6    justice, and that the ends of justice outweigh the interest of the public and the defendant in

7    a speedy trial.

8

9    IT IS SO STIPULATED.

10                                        JOSEPH P. RUSSONIELLO
                                     United States Attorney

11

12   Dated: April 13, 2011                       /S/
                               THOMAS M. O'CONNELL

13                                  Assistant United States Attorney

14   Dated: April 13, 2011                       /S/
                               WM. MICHAEL WHELAN, JR.

15                                  Attorney for defendant DANIEL

16   ZAPATA

17                                **ORDER**

18       Good cause appearing, and by stipulation of the parties in the above-captioned

19   matter, it is hereby ordered that the hearing shall be continued from April 14, 2011 to June

20   2, 2011 at 9:30 a.m., and further ordered that the time for preliminary hearing provided by

21   Fed. R. Crim. P. 5.1(c) should be tolled until June 2, 2011, at which time the 14-day clock

22   shall commence to run.

23

24   IT IS SO ORDERED.
    Date: April 13, 2011

25                                  PAUL S. GREWAL
                               United States Magistrate Judge

26

27

28

WM. MICHAEL WHELAN, JR.
ATTORNEY AT LAW
95 S. MARKET STREET, SUITE 300
SAN JOSE, CALIFORNIA 95113
(650) 319-5554

STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND TOLL TIME